V.R. Bohman, Esq.
Nevada Bar No. 13075
Erin M. Gettel, Esq.
Nevada Bar No. 13877
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252
vbohman@swlaw.com
egettel@swlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TEN FIVE HOSPITALITY LLC, and DAN DALEY,<br><br>Defendants. | Case No. 2:23-cv-01126-APG-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ECF NO. 1) AND MOTION FOR PRELIMINARY INJUNCTION AND TO COMMENCE DISCOVERY (ECF NOS. 3 AND 4)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Hollywood Citizen News Operating Company, LLC and Hollywood Citizen News F&B, LLC (collectively, "Plaintiffs") and Defendants Ten Five Hospitality LLC and Dan Daley (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree that Defendants' counsel will accept service on behalf of Dan Daley, without prejudice to Mr. Daley's defenses or objections except under FRCP 12(b)(5), and to extend Defendants' deadline to file their response to Plaintiffs' Motion for Preliminary Injunction and Leave to Immediately Commence Discovery [ECF Nos. 3 and 4] (the "Motion") from August 7, 2023, to August 18, 2023, to extend Defendants' deadline to answer, move, or otherwise respond to the Complaint [ECF No. 1] from August 14, 2023, to August 18, 2023, and to extend Plaintiff's reply deadline relative to the Motion to September 1, 2023, for the following reasons:

1. Plaintiffs served the Complaint and the Motion on July 24, 2023.

2. Defendants' response to the Motion is currently due on August 7, 2023.

3. Defendants' response to the Complaint is currently due on August 14, 2023.

4. Defendants' counsel has conflicting professional commitments and previously scheduled travel planned between July 24 and August 14, 2023, and the Complaint and Motion present complex and interrelated legal and factual issues warranting an extension of time for Defendants' responses.

5. Defendants are reviewing Plaintiffs' request for leave to immediately serve discovery (*see* ECF Nos. 3 and 4, at § IV), to determine whether this issue can be resolved by stipulation before Defendants' response date, and the Parties agree to meet and confer regarding the same.

6. This extension is sought in good faith and is not made for the purpose of delay.

/ / /

THEREFORE, the Parties respectfully request an extension for Defendants to file their response to the Motion from August 7, 2023 to and including August 18, 2023, to file a response to the Complaint from August 14, 2023, to August 18, 2023, and of Plaintiffs' reply deadline relative to the Motion to September 1, 2023.

**THE PARTIES SO STIPULATE**

Dated: July 31, 2023

GARMAN TURNER GORDON LLP

By: */s/ Dylan Ciciliano*
    Dylan T. Ciciliano
    Nevada Bar No. 12348
    Email: dciciliano@gtg.legal
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    Tel: (725) 777-3000
    Fax: (725) 777-3112

KASOWITZ BENSON TORRES LLP

    Jennifer S. Recine (admitted pro hac vice)
    Email: JRecine@kasowitz.com
    Donald J. Reinhard (admitted pro hac vice)
    Email: DReinhard@kasowitz.com
    Sean M. Sigillito (admitted pro hac vice)
    Email: SSigillito@kasowitz.com
    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700
    Fax: (212) 506-1800

*Attorneys for Plaintiffs*

Dated: July 31, 2023

SNELL & WILMER L.L.P.

By: */s/ V.R. Bohman*
    V.R. Bohman, Esq.
    Nevada Bar No. 13075
    Erin M. Gettel, Esq.
    Nevada Bar No. 13877
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    vbohman@swlaw.com
    egettel@swlaw.com

*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED.**

DATED: this  3rd  day of August 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4883-4136-8179