GARMAN TURNER GORDON LLP
Dylan T. Ciciliano
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

KASOWITZ BENSON TORRES LLP
Jennifer S. Recine (*pro hac vice*)
Donald J. Reinhard (*pro hac vice*)
Sean M. Sigillito (*pro hac vice*)
Neena D. Sen (*pro hac vice*)
1633 Broadway
New York, New York 10019
Tel:    (212) 506-1700
Fax:    (212) 506-1800
Email:  JRecine@kasowitz.com
        DReinhard@kasowitz.com
        SSigillito@kasowitz.com
        NSen@kasowitz.com

*Attorneys for Plaintiffs Hollywood Citizen News Operating Company, LLC and Hollywood Citizen News F&B, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FIVE HOSPITALITY LLC, and DAN DALEY,<br><br>Defendants. | CASE NO.: 2:23-cv-01126-APG-DJA<br><br><br>**JOINT STATUS REPORT ON DOCUMENTS SEALED PURSUANT TO DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' MOTION TO SEAL (ECF No. 58)** |
| DAN DALEY, TEN FIVE HOSPITALITY LLC and 1545 F&B MANAGER LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU CHEN a/k/a VINCENT CHEN,<br><br>Counterclaim Defendants. | |

Garman Turner Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 4

1    Plaintiffs and Counterclaim Defendants Hollywood Citizen News Operating Company,

2    LLC and Hollywood Citizen News F&B, LLC (collectively "Plaintiffs"), and Defendants and

3    Counterclaim Plaintiffs, Ten Five Hospitality LLC and Dan Daley (the "Defendants," and,

4    together with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report with respect

5    to issues raised in the October 10th, 2023 hearing concerning the Ten Five Parties' Motion to

6    Seal (ECF No. 58) Exhibits B, C, and D to the Declaration of Dan Daley, which were filed

7    publicly in fully redacted form at ECF No. 57-2, and lodged under seal, in connection with the

8    Defendants' Reply in Support of their Motion to Dismiss (ECF No. 57).

9    During the October 10th hearing, the Court instructed the Parties to confer about the

10    Motion to Seal, and, if the Parties believed that certain documents should be kept under seal, the

11    Court instructed Plaintiffs to provide their justification.  Since the October 10th hearing, the

12    Parties have met and conferred regarding which of the sealed exhibits needed to remain under

13    seal, if any.

14    Plaintiffs have agreed that Exhibits B and D of ECF No. 57-2, which reflect

15    organizational charts for entities affiliated with Plaintiffs, may be unsealed.  For the reasons set

16    forth below, Plaintiffs believe that Exhibit C of ECF No. 57-2 should be filed with a redaction to

17    a non-public operating agreement for Relevant Hospitality, and Defendants do not oppose

18    Plaintiffs' re-filing Exhibit C of ECF No. 57-2 in that redacted form.

19    Plaintiffs' proposed redactions are attached to this report as **Exhibit A.**

20    Plaintiffs request permission to file a redacted copy of Exhibit C to the Daley Declaration

21    (filed at ECF No. 57-2), which reflects the Operating Agreement for Relevant Hospitality, LLC

22    (the "Operating Agreement"), because it contains detailed and commercially sensitive

23    information.  The information contained in the Operating Agreement is not publicly available

24    and is not of interest to the public.  Given the sensitivity of the information and commercial

25    terms contained in the Operating Agreement, there are "'compelling reasons' sufficient to

26    outweigh the public's interest in disclosure."  *See Kamakana v. City and Cnty. Of Honolulu*, 447

27    F.3d 1172, 1179 (9th Cir. 2006).

28    Courts in this District have ruled that compelling reasons exist to justify sealing records

Garman Turner Gordon
LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

that contain "sensitive business and financial information that may cause competitive harm if unsealed." *Snap Lock Indus., Inc. v. Swisstrax Corp.*, 2021 WL 3082561, at *2 (D. Nev. July 21, 2021) (granting motions to seal documents "contain[ing] financial information," documents containing "confidential and proprietary information related to the marketing and sales" of products, documents "contain[ing] sensitive advertising and marketing information" and documents "contain[ing] business strategies"); *Playup, Inc. v. Mintas*, 2021 WL 5763557, at *1 n.2 (D. Nev. Dec. 3, 2021) (finding compelling reasons to seal a operations agreement because it "contain[ed] commercially sensitive proprietary information regarding [movant's] operations, processes, and procedures with [movant's] partners."). The Operating Agreement is just such a record, containing detailed information relating to how Relevant Hospitality is run, release of which to the public would expose Relevant Hospitality to potential competitive harm.

On the other hand, the public has little interest in the redacted content of the Operating Agreement, and any interest it does have is outweighed by Relevant Hospitality's interest in protecting its "proprietary business practices." *See Selling Source, LLC v. Red River Ventures, LLC*, No. 2:09-CV-01491-JCM, 2011 WL 1630338, at *2 (D. Nev. Apr. 29, 2011) (granting motion to seal documents discussing "the parties' business operations . . . [and] corporate structure[.]"). Redacting the document to protect those particulars will in no way hamper "the public's understanding of the judicial process" as relates to any aspect of this trademark-infringement action, not least the now-decided Motion to Stay or Dismiss, in connection with which these documents were filed. *Kamakana*, 447 F.3d at 1179 (internal quotation marks and citations omitted).

Because compelling reasons exist to shield the sensitive business information in the Operating Agreement from public disclosure, this Court should allow the Operating Agreement to remain under seal and allow Plaintiffs to re-file the document with redactions.

For the reasons set forth above, Plaintiffs respectfully request the Court's permission to re-file the Operating Agreement submitted as part of ECF No. 57-2 with the redactions proposed at **Exhibit A.**

…

Garman Turner Gordon
LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

**IT IS SO STIPULATED.**

2

Dated this 9th November 2023.                    Dated this 9th November 2023.

3

GARMAN TURNER GORDON LLP              SNELL & WILMER L.L.P.

4

*/s/ Dylan T. Ciciliano*                              */s/ Ross M. Bagley*

5

Dylan T. Ciciliano                                   V.R. Bohman
Nevada Bar No. 12348                                 Nevada Bar No. 13075

6

7251 Amigo Street, Suite 210                         Erin M. Gettel
Las Vegas, Nevada 89119                              Nevada Bar No. 13877

7

Tel: (725) 777-3000                                  3883 Howard Hughes Parkway, Suite 1100
Fax: (725) 777-3112                                  Las Vegas, NV 89169

8

                                                     Tel:  (702) 784-5200

9

-and-                                                Fax:  (702) 784-5252

10

KASOWITZ BENSON TORRES LLP              -and-
Jennifer S. Recine *(pro hac vice)*

11

Donald J. Reinhard *(pro hac vice)*                  PRYOR CASHMAN LLP
Neena Deb Sen *(pro hac vice)*                       Todd E. Soloway *(pro hac vice)*

12

Sean M. Sigillito *(pro hac vice)*                   Dyan Finguerra-DuCharme *(pro hac vice)*

13

1633 Broadway                                        Ross M. Bagley *(pro hac vice)*
New York, New York 10019                             Nicholas G. Saady *(pro hac vice)*

14

Tel: (212) 506-1700                                  7 Times Square
Fax: (212) 506-1800                                  New York, New York 10036-6569

15

                                                     Tel:  (212) 421-4100

16

*Attorneys for Plaintiffs*                           Fax:  (212)-798-6306

17

                                                     *Attorneys for Defendants*

18

19

**ORDER**

20

IT IS SO ORDERED.

21

_____

22

UNITED STATES DISTRICT JUDGE

23

DATED:  November 13, 2023

24

25

26

27

28

Garman Turner Gordon
LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4 of 4