# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>TEN FIVE HOSPITALITY LLC, and DAN DALEY,<br><br>        Defendants. | CASE NO.: 2:23-cv-01126-APG-DJA<br><br><br>**STIPULATION TO ACCEPT SERVICE AND EXTEND BRIEFING DEADLINES ON DEFENDANTS' COUNTERCLAIM [ECF NO. 70]**<br><br>**(FIRST REQUEST)** |
| DAN DALEY, TEN FIVE HOSPITALITY LLC and 1545 F&B MANAGER LLC,<br><br>        Counterclaim Plaintiffs,<br><br>v.<br><br>HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU CHEN a/k/a VINCENT CHEN,<br><br>        Counterclaim Defendants. | |

Plaintiffs/Counterclaim Defendants Hollywood Citizen News Operating Company, LLC and Hollywood Citizen News F&B, LLC (collectively, "Plaintiffs"), Defendants/Counterclaim Plaintiffs Ten Five Hospitality LLC and Dan Daley (collectively, "Defendants") Counterclaim Plaintiff 1545 F&B Manager LLC, ("Counterclaim Plaintiff"), and Relevant Hospitality LLC, and Zhaoxu Chen a/k/a Vincent Chen (collectively "Counterclaim Defendants", together with Plaintiffs, Counterclaim Plaintiff and Defendants, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to the undersigned counsel, Dylan T. Ciciliano, Esq., accepting service of the Summons and Counterclaim on behalf of Counterclaim Defendants Relevant Hospitality LLC and Zhaoxu Chen a/k/a Vincent Chen, without prejudice to the Counterclaim Defendants' defenses or objections except under FRCP

Garman Turner Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

12(b)(5).

Additionally, the Parties hereby agree to: (1) extend Plaintiffs and Counterclaim Defendants' deadline to file a response to the Counterclaim [ECF No. 70] (the "Counterclaim") from November 15, 2023 to November 29, 2023; (2) provide Defendants and Counterclaim Plaintiff until December 20, 2023 for any response to a motion filed with respect to the Counterclaim; and (3) provide Plaintiffs and Counterclaim Defendants until January 8, 2024, to file any reply in support of any motion, for the following reasons:

1.      Plaintiffs served the Complaint on July 24, 2023;

2.      Defendants and Counterclaim Plaintiff filed their Answer and Counterclaim on October 25, 2023;

3.      Plaintiffs' response to the Counterclaim is currently due on November 15, 2023;

4.      Due to the Parties' existing scheduling, as well as forthcoming holidays, additional time is needed to respond to the Counterclaim, as well as any briefing related to any motion brought by Plaintiffs or the Counterclaim Defendants with respect to the Counterclaim; and

5.      This extension request is sought in good faith and is not made for the purpose of delay;

6.      THEREFORE, the Parties respectfully request an extension of the deadline for Plaintiffs and Counterclaim Defendants to file a response to Defendants' Counterclaim from November 15, 2023 to November 29, 2023, to provide Defendants and Counterclaim Plaintiff until December 20, 2023 to file any response to a motion filed with respect to the Counterclaim, and to provide Plaintiffs and Counterclaim Defendants until January 8, 2024 to file any reply in support of any motion.

/ / /

/ / /

/ / /

/ / /

/ / /

Garman Turner
Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

**THE PARTIES SO STIPULATE**

2

Dated this 9th November 2023.

Dated this 9th November 2023.

3

GARMAN TURNER GORDON LLP

SNELL & WILMER L.L.P.

4

/s/ Dylan T. Ciciliano

/s/ V.R. Bohman

5

Dylan T. Ciciliano

Nevada Bar No. 12348

V.R. Bohman, Esq.

Nevada Bar No. 13075

6

7251 Amigo Street, Suite 210

Las Vegas, Nevada 89119

Erin M. Gettel, Esq.

Nevada Bar No. 13877

7

Tel: (725) 777-3000

Fax: (725) 777-3112

3883 Howard Hughes Parkway, Suite 1100

Las Vegas, NV 89169

8

Telephone:     (702) 784-5200

9

KASOWITZ BENSON TORRES LLP

Jennifer S. Recine (admitted pro hac vice)

Facsimile:     (702) 784-5252

10

Donald J. Reinhard (admitted pro hac vice)

Sean M. Sigillito (admitted pro hac vice)

PRYOR CASHMAN LLP

Todd E. Soloway (pro hac vice)

11

1633 Broadway

New York, New York 10019

Dyan Finguerra-DuCharme (pro hac vice)

Ross M. Bagley (pro hac vice)

12

Tel: (212) 506-1700

Fax: (212) 506-1800

7 Times Square

Nicholas Saady (pro hac vice)

13

New York, New York 10036-6569

14

Attorneys for Plaintiffs/Counterclaim
Defendants

Telephone: (212) 421-4100

15

Attorneys for Defendants/Counterclaim
Plaintiffs

16

17

**ORDER**

18

**IT IS SO ORDERED.**

19

DATED this \_14th\_ day of November 2023.

20

21

22

_____

DANIEL J. ALBREGTS

UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Garman Turner
Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3 of 3