# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC and HOLLYWOOD CITIZEN NEWS F&B, LLC, <br><br> Plaintiffs <br><br> v. <br><br> TEN FIVE HOSPITALITY LLC and DAN DALEY, <br><br> Defendants | Case No.: 2:23-cv-01126-APG-DJA <br><br> **Order** |

In light of the amended counterclaim (ECF No. 88),

I ORDER that the counter defendants' motion to dismiss **(ECF No. 85) is DENIED** as moot because it is directed at the original counterclaim.

DATED this 2nd day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE