# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>TEN FIVE HOSPITALITY LLC, et al.,<br><br>Defendants | Case No.: 2:23-cv-01126-APG-DJA<br><br>**Order**<br><br>[ECF No. 58] |

Defendants Ten Five Hospitality LLC and Dan Daley moved to seal Daley's declaration and exhibits B, C, and D filed in support of the defendants' reply to their motion to stay or dismiss. ECF No. 58. At an October 10, 2023 hearing, I held the motion to seal in abeyance for the parties to confer and file a status report regarding the sealed material. ECF No. 68. The parties filed a status report in which they agreed that exhibits B and D should be unsealed, but that exhibit C should be filed with redactions because it contains confidential business information. ECF No. 79.

I THEREFORE ORDER that the defendants' motion to seal **(ECF No. 58) is GRANTED in part**. The filings at ECF No. 60 shall remain sealed. The unsealed versions of exhibits B and D and the redacted version of exhibit C have been filed on the public docket at ECF No. 79-1.

I FURTHER ORDER that by January 31, 2024, the defendants shall file a redacted version of Dan Daley's affidavit that is consistent with the parties' agreement regarding sealing and this order.

DATED this 9th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE