# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, et al., <br><br> Plaintiffs <br><br> v. <br><br> TEN FIVE HOSPITALITY LLC, et al., <br><br> Defendants | Case No.: 2:23-cv-01126-APG-DJA <br><br> **Order** <br><br> [ECF No. 58] |

On March 5, 2024, the parties requested that I stay this action for 30 days to allow them time to file a stipulation to dismiss or a joint status report. ECF No. 104. More than 30 days have passed, and the parties have not filed a stipulation or status report.

I THEREFORE ORDER that the parties shall file a stipulation to dismiss or a joint status report by April 19, 2024.

DATED this 12th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE