**GARMAN TURNER GORDON LLP**
Dylan T. Ciciliano
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

**KASOWITZ BENSON TORRES LLP**
Donald J. Reinhard (*pro hac vice*)
Email: DReinhard@kasowitz.com
Sean M. Sigillito (*pro hac vice*)
Email: SSigillito@kasowitz.com
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
*Attorneys for Plaintiffs Hollywood Citizen News Operating Company, LLC and Hollywood Citizen News F&B, LLC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>TEN FIVE HOSPITALITY LLC, DAN DALEY, and MWLV, LLC,<br><br>Defendants. | Case No.: 2:23-cv-01126-APG-DJA<br><br>**MOTION TO WITHDRAW SEAN M. SIGILLITO AS COUNSEL FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS** |
| DAN DALEY, TEN FIVE HOSPITALITY LLC and 1545 F&B MANAGER LLC,<br><br>Counterclaim Plaintiffs,<br><br>-against-<br><br>HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU CHEN a/k/a VINCENT CHEN,<br><br>Counterclaim Defendants. | |

1  Pursuant to Local Rule LR IA 11-6(b), Sean M. Sigillito, counsel for Plaintiffs and
2  Counterclaim Defendants HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC,
3  HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU
4  CHEN a/k/a VINCENT CHEN, moves this Court for an order granting his motion to withdraw as
5  counsel of record in the above-referenced matter.

6  Attorneys Donald J. Reinhard of Kasowitz Benson Torres LLP and Dylan T. Ciciliano of
7  Garman Turner Gordon LLP remain attorneys of record for the above-named Plaintiffs and
8  Counterclaim Defendants.

9  This motion will be served upon Plaintiffs' and Counterclaim Defendants' counsel as
10 follows:

11 - Donald J. Reinhard, Kasowitz Benson Torres LLP, 1633 Broadway, New Yok, NY 10019,
12   email: dreinhard@kasowitz.com.
13 - Dylan T. Ciliano, Garman Turner Gordon LLP, 7251 Amigo Street, Suite 210, Las Vegas,
14   NV 89119, email: dciciliano@gtg.legal.

15 This motion will be served upon Defendants' and Counterclaim Plaintiffs' counsel as
16 follows:

17 - Todd E. Soloway, Dyan Figuerra-DuCharme, Ross M. Bagley, and Nicholas G. Saady,
18   Pryor Cashman LLP, 7 Times Square, New York, NY 10036, emails:
19   tsoloway@pryorcashman.com; dfinguerra-ducharme@pryorcashman.com;
20   rbagley@pryorcashman.com; and nsaady@pryorcashman.com.
21 - V.R. Bohman and Erin M. Gettel, Snell & Wilmer LLP, 3883 Howard Hughes Parkway,
22   Suite 1100, Las Vegas, NV 89169, emails: vbohman@swlaw.com and
23   egettel@swlaw.com.


Case 2:23-cv-01126-APG-DJA   Document 111   Filed 05/13/24   Page 3 of 4

| | |
|---|---|
| Dated: May 9, 2024 | KASOWITZ BENSON TORRES LLP |
| | |
| | */s/ Sean M. Sigillito* |
| | Donald J. Reinhard *(pro hac vice)* |
| | Sean M. Sigillito *(pro hac vice)* |
| | 1633 Broadway |
| | New York, New York 10019 |
| | Tel: (212) 506-1700 |
| | Fax: (212) 506-1800 |
| | |
| | GARMAN TURNER GORDON LLP |
| | Dylan T. Ciciliano |
| | Nevada Bar No. 12348 |
| | 7251 Amigo Street, Suite 210 |
| | Las Vegas, Nevada 89119 |
| | Tel: (725) 777-3000 |
| | Fax: (725) 777-3112 |
| | |
| | *Attorneys for Plaintiffs and Counterclaim Defendants* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>TEN FIVE HOSPITALITY LLC, DAN DALEY, and MWLV, LLC,<br><br>Defendants.<br><br>DAN DALEY, TEN FIVE HOSPITALITY LLC and 1545 F&B MANAGER LLC,<br><br>Counterclaim Plaintiffs,<br><br>-against-<br><br>HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU CHEN a/k/a VINCENT CHEN,<br><br>Counterclaim Defendants. | Case No.: 2:23-cv-01126-APG-DJA<br><br>**ORDER GRANTING MOTION TO WITHDRAW SEAN M. SIGILLITO AS COUNSEL FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS** |

**ORDER**

The Court hereby GRANTS Sean M. Sigillito's motion to withdraw as attorney for Plaintiffs and Counterclaim Defendants Hollywood Citizen News Operating Company, LLC Hollywood Citizen News F&B, LLC, Relevant Hospitality LLC, and Zhaoxu Chen a/k/a Vincent Chen.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE