**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>Plaintiffs,<br>v.<br><br>TEN FIVE HOSPITALITY LLC, and DAN DALEY,<br><br>Defendants.<br><br>DAN DALEY, TEN FIVE HOSPITALITY LLC and 1545 F&B MANAGER LLC,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU CHEN a/k/a VINCENT CHEN,<br><br>Counterclaim Defendants. | CASE NO.: 2:23-cv-01126-APG-DJA<br><br>**JOINT STATUS REPORT ON STAY OF PROCEEDINGS PENDING SETTLEMENT**<br><br>**AND**<br><br>**STIPULATION AND ORDER TO FURTHER STAY THESE PROCEEDINGS** |

Plaintiffs and Counterclaim Defendants Hollywood Citizen News Operating Company, LLC, Hollywood Citizen News F&B, LLC, Relevant Hospitality LLC, and Zhaoxu Chen a/k/a Vincent Chen, (collectively, the "HCN Parties"), and Defendants and Counterclaim Plaintiffs, Ten Five Hospitality LLC, 1545 F&B Manager LLC, and Dan Daley (collectively, the "Ten Five Parties," and, together with the HCN Parties, the "Parties"), respectfully submit this Joint Status Report and Stipulation and Order to Further Stay These Proceedings:

1. On January 31, 2024, after conducting an in-person mediation and engaging in further settlement discussions, the Parties reached agreement on a settlement in principle resolving all causes of action brought by the Parties in this litigation.

2. The Parties also agreed that a stay of all proceedings in this action for a period of thirty (30) days was necessary to enable the Parties to focus their efforts on preparing and executing

a binding, final settlement agreement that will dispose of this case in its entirety. *See* ECF No. 100 (the "First Stipulation").

3. The Court approved the Parties' requested stay by Order dated February 2, 2024. *See* ECF No. 101 (the "First Stay Order").

4. On March 4, 2024, the Parties submitted a Joint Status Report on Stay of Proceedings Pending Settlement and Stipulation and Order to Further Stay These Proceedings, reporting that the Parties were continuing to work diligently and in good faith to prepare the necessary documents to finally resolve this matter, inclusive of a binding, final settlement agreement, and agreeing subject to the Court's approval that the Parties would benefit from a continuation of the stay for an additional thirty (30) days. *See* ECF Nos. 102 & 103 (the "Second Stipulation").

5. On March 5, 2024, the Court approved the Second Stipulation and issued a Minute Order "[g]ranting [the] Stipulation to Stay Case" ordering that the "[c]ase is stayed until further order of this court." *See* ECF No. 104 (the "Second Stay Order").

6. On April 12, 2024, the Court issued an Order directing the parties to file, by April 19, 2024, a stipulation to dismiss this action or a joint status report. *See* ECF No. 105.

7. On April 17, 2024, the Parties submitted a Joint Status Report on Stay of Proceedings Pending Settlement and Stipulation and Order to Further Stay These Proceedings, reporting that they were continuing to work diligently and in good faith to prepare the necessary documents to finally resolve this action, inclusive of a binding, final settlement agreement, and that substantial progress had been made. *See* ECF Nos. 106 & 107 (the "Third Stipulation").

8. The Parties also agreed, subject to the Court's approval, that the Parties would benefit from a continuation of the stay for an additional thirty (30) days. *Id.*

9. The Court approved the Third Stipulation by Order dated April 18, 2024, extending the stay for an additional thirty (30) days. *See* ECF No. 108 (the "Third Stay Order").

10. The Parties hereby report to this Court that they continue working diligently and in good faith to prepare the necessary documents to finally resolve the claims in this action, as well as the claims in (A) a related action pending in Los Angeles Superior Court captioned *Ten Five*

*Hospitality LLC et al. v. Relevant Group LLC et al.*, No. 23STCV00738 (L.A.S.C.); (B) a related action pending in the federal district court for the Central District of California, captioned *Ten Five Hospitality LLC et al v. Hollywood Cahuenga Restaurant LLC*, 2:23-cv-00957-SVW-RAO; and (C) five separate related proceedings before the United States Patent and Trademark Office's Trademark Trial and Appeal Board, respectively captioned (i) *Relevant Group LLC v. Ten Five Hospitality LLC*, Opposition No. 9128324; (ii) *Relevant Group LLC v. Ten Five Hospitality LLC*, Opposition No. 91283339; (iii) *Relevant Group LLC v. Ten Five Hospitality LLC,* Opposition No. 91287933; (iv) *Relevant Group LLC v. Ten Five Hospitality LLC*, Opposition No. 91288503; and (vi) *Relevant Group LLC v. Ten Five Hospitality LLC*, Opposition No. 91288999.

11. Since the Third Stay Order, the Parties have been in communication on a near-daily basis concerning settlement terms and have exchanged multiple drafts of all documents contemplated to resolve their disputes across the litigations, including a draft settlement agreement contemplated between nineteen (19) separate parties with fourteen (14) exhibits, several of which are independent complex commercial agreements between subsets of the parties to the contemplated settlement agreement.

12. The Parties respectfully submit this Joint Status Report on Stay of Proceedings Pending Settlement and Stipulation and Order to Further Stay These Proceedings to update the Court that they are continuing to work diligently and in good faith to prepare the necessary documents to finally resolve this matter and that substantial progress continues to be made. Despite those diligent efforts, the Parties have not yet been able to finalize the necessary documents.

13. In light of the foregoing, the Parties would benefit from a continuation of the stay for an additional thirty (30) days.

14. Accordingly, the Parties stipulate and agree, subject to the Court's approval, that within thirty days following entry of the Court's order approving this stipulation and continuing the stay of these proceedings, the Parties shall file a notice of settlement or, if the final settlement agreement has not been executed, a further joint status report.

15. No party will be prejudiced by the relief requested herein, and the Parties agree that good cause exists for the foregoing relief as it is in the best interests of judicial efficiency and preservation of judicial and party resources.

16. The Parties agree that nothing herein shall act as a waiver or alter the position of any party to this action.

/ / /

THEREFORE, the Parties respectfully request that the stay of this action be continued for an additional period of thirty (30) days from the entry of the Court's order approving this stipulation.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 17th day of May 2024. | Dated this 17th day of May 2024. |
| GARMAN TURNER GORDON LLP | SNELL & WILMER L.L.P. |
| */s/ Dylan Ciciliano* | */s/ V.R. Bohman* |
| Dylan T. Ciciliano | V.R. Bohman |
| Nevada Bar No. 12348 | Nevada Bar No. 13075 |
| 7251 Amigo Street, Suite 210 | Erin M. Gettel |
| Las Vegas, Nevada 89119 | Nevada Bar No. 13877 |
| Tel: (725) 777-3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Fax: (725) 777-3112 | Las Vegas, NV 89169 |
| | Tel: (702) 784-5200 |
| -and- | Fax: (702) 784-5252 |
| KASOWITZ BENSON TORRES LLP | -and- |
| Donald J. Reinhard *(pro hac vice)* | |
| 1633 Broadway | PRYOR CASHMAN LLP |
| New York, New York 10019 | Todd E. Soloway *(pro hac vice)* |
| Tel: (212) 506-1700 | Dyan Finguerra-DuCharme *(pro hac vice)* |
| Fax: (212) 506-1800 | Ross M. Bagley *(pro hac vice)* |
| | Nicholas G. Saady *(pro hac vice)* |
| *Attorneys for the HCN Parties* | 7 Times Square |
| | New York, New York 10036-6569 |
| | Tel: (212) 421-4100 |
| | Fax: (212)-798-6306 |
| | *Attorneys for the Ten Five Parties* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED: May 20, 2024