**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>TEN FIVE HOSPITALITY LLC, et al.,<br><br>Defendants | Case No.: 2:23-cv-01126-APG-DJA<br><br>**Order** |

On June 18, 2024, the parties requested that I stay this action for 30 days to allow them time to file a stipulation to dismiss or a joint status report. ECF No. 116. More than 60 days have passed, and the parties have not filed a stipulation or status report.

I THEREFORE ORDER that the parties shall file a stipulation to dismiss or a joint status report by September 13, 2024. The failure to do so will result in dismissal of this case.

DATED this 30th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE