**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, and HOLLYWOOD CITIZEN NEWS F&B, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>TEN FIVE HOSPITALITY LLC, DAN DALEY, and MWLV, LLC,<br><br>Defendants. | Case No.: 2:23-cv-01126-APG-DJA<br><br>**STIPULATION OF DISMISSAL** |
| DAN DALEY, TEN FIVE HOSPITALITY LLC and 1545 F&B MANAGER LLC,<br><br>Counterclaim Plaintiffs,<br><br>-against-<br><br>HOLLYWOOD CITIZEN NEWS OPERATING COMPANY, LLC, HOLLYWOOD CITIZEN NEWS F&B, LLC, RELEVANT HOSPITALITY LLC, and ZHAOXU CHEN a/k/a VINCENT CHEN,<br><br>Counterclaim Defendants. | |

Plaintiffs and Counterclaim Defendants Hollywood Citizen News Operating Company, LLC, Hollywood Citizen News F&B, LLC, Relevant Hospitality LLC and ZhaoXu Chen a/k/a Vincent Chen (the "HCN Parties"), and Defendants and Counterclaim Plaintiffs Ten Five Hospitality LLC, Dan Daley, and Counterclaim Plaintiff 1545 F&B Manager LLC (the "Ten Five Parties" and, together with the HCN Parties, the "Parties"),[1] by and through their respective undersigned counsel of record stipulate as follows:

---

[1] MWLV, LLC has not been served with Plaintiffs' Amended Complaint or any other document in this action, nor has any counsel appeared on its behalf.

1

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate and agree that this entire action (including all claims and counterclaims) shall be dismissed with prejudice.

2.  Each of the Parties will bear its own costs, disbursements, and attorneys' fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 16, 2024. | Dated: October 16, 2024. |
| GARMAN TURNER GORDON LLP | SNELL & WILMER L.L.P. |
| /s/ Dylan T. Ciciliano | /s/ V.R. Bohman |
| Dylan T. Ciciliano | V.R. Bohman |
| Nevada Bar No. 12348 | Nevada Bar No. 13075 |
| 7251 Amigo Street, Suite 210 | Erin M. Gettel |
| Las Vegas, Nevada 89119 | Nevada Bar No. 13877 |
| Tel: (725) 777-3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Fax: (725) 777-3112 | Las Vegas, NV 89169 |
| | Tel: (702) 784-5200 |
| KASOWITZ BENSON TORRES LLP | Fax: (702) 784-5252 |
| Donald J. Reinhard *(pro hac vice)* | |
| 1633 Broadway | PRYOR CASHMAN LLP |
| New York, New York 10019 | Todd E. Soloway *(pro hac vice)* |
| Tel: (212) 506-1700 | Dyan Finguerra-DuCharme *(pro hac vice)* |
| Fax: (212) 506-1800 | Ross M. Bagley *(pro hac vice)* |
| | Nicholas G. Saady *(pro hac vice)* |
| *Attorneys for Plaintiffs and Counterclaim Defendants* | 7 Times Square |
| | New York, New York 10036-6569 |
| | Tel: (212) 421-4100 |
| | Fax: (212-798-6306 |
| | *Attorneys for Defendants and Counterclaim Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 17, 2024